**Krista Cox**



1516 North Ruddell Street
Denton, TX 76209
940-898-6202
www.sontx.org

05/27/2020

RE: Krista Cox

### Letter of Acceptance

  Krista Cox has been accepted, upon nonrefundable payment, as a candidate for our residential transitional program. She has completed an in-depth phone interview and is committed to learning how to stay sober and become independent.

Solutions of North Texas is a high accountability treatment program focused on two main goals; to learn how to stay sober and to become financially and emotionally independent. On this footing we believe Krista will do well and become sober and self-sufficient.

Solutions of North Texas fully cooperates with all judicial officials, supervision departments and officers in the best interest of our clients and their continued sobriety.

For questions regarding admissions you may contact Leslie Wisenbaker at 940-898-6202 or leslie@sontx.org.

Please let me know if you have any questions.

Sincerely,

Brenda Garza
Solutions of North Texas
940-898-6202

  --Digitally Signed: 05/27/2020 03:47 pm   Admin Brenda Garza



DEFENDANT'S EXHIBIT A