IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:20CR-00029 |
| | § | |
| KRISTA ASHLEY COX | § | |

**O R D E R**

Upon motion of the defendant, Krista Ashley Cox, for reopening the Court's detention order, and the Court having reviewed the facts and legal issues surrounding said motion, this Court hereby GRANTS/DENIES said motion.